United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-12238-pmm
Lorenzo Medina | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jan 04, 2024      Form ID: 155      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorenzo Medina, 243 Linden Street, Reading, PA 19604-2931 |
| 14802389 | + | Berks Schuylkill Respitory Spec., 2608 Keiser Blvd., Reading, PA 19610-3333 |
| 14802390 | + | Carmen Collazo, 243 Linden Street, Reading, PA 19604-2931 |
| 14802395 | + | Michael Balthaser, D.M.D., 1075 Berkshire Blvd., Suite 950, Reading, PA 19610-1264 |
| 14802397 | + | Reading Convenient Care, 3535 N. 5th Street, Reading, PA 19605-1703 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14802388 | + | Email/Text: bnc-capio@quantum3group.com | Jan 05 2024 07:39:00 | Asset Care, 3400 Texoma Parkway, Suite 300, Sherman, TX 75090-1916 |
| 14802391 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jan 05 2024 07:39:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14802392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 10:53:17 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14807238 | | Email/Text: mrdiscen@discover.com | Jan 05 2024 07:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14802393 | + | Email/Text: mrdiscen@discover.com | Jan 05 2024 07:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14815458 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2024 11:04:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14802394 | + | Email/Text: MDSBankruptcies@meddatsys.com | Jan 05 2024 07:39:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14804957 | ^ | MEBN | Jan 05 2024 05:29:44 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14802396 | + | Email/PDF: ebnotices@pnmac.com | Jan 05 2024 11:04:18 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14812320 | + | Email/PDF: ebnotices@pnmac.com | Jan 05 2024 13:26:39 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14812187 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2024 07:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14802398 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 11:04:17 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14802399 | | Email/Text: membersolutions@visionsfcu.org | | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 04, 2024 | Form ID: 155 | Total Noticed: 18

| | Jan 05 2024 07:39:00 | Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14802400 | *P++ | VISIONS FEDERAL CREDIT UNION, ATTN BANKRUPTCY, 24 MCKINLEY AVE, ENDICOTT NY 13760-5491, address filed with court:, Visions FCU, Attn: Bankruptcy, 24 Mckinley Ave, Endicott, NY 13760 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

**Name**  **Email Address**

BRENNA HOPE MENDELSOHN
   on behalf of Debtor Lorenzo Medina tobykmendelsohn@comcast.net

MARK A. CRONIN
   on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lorenzo Medina
      Debtor(s)                                      Chapter: 13
                                                          Bankruptcy No: 23−12238−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this January 4, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                   Patricia M. Mayer
                                                                   Judge, United States Bankruptcy Court