| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12238-PMM**

Lorenzo Medina  
243 Linden Street  
Reading  PA    19604

Petition Filed Date: 07/27/2023  
341 Hearing Date: 09/26/2023  
Confirmation Date: 01/04/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2023 | $260.00 | | 09/29/2023 | $260.00 | | 10/31/2023 | $260.00 | |
| 11/29/2023 | $260.00 | | 02/21/2024 | $260.00 | | 02/29/2024 | $260.00 | |
| 04/01/2024 | $260.00 | | 04/30/2024 | $260.00 | | 05/29/2024 | $260.00 | |
| 07/01/2024 | $260.00 | | 07/30/2024 | $260.00 | | | | |

**Total Receipts for the Period: $2,860.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,860.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,975.00 | $2,579.20 | $1,395.80 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $15,465.06 | $0.00 | $15,465.06 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $55.24 | $0.00 | $55.24 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $1,086.14 | $0.00 | $1,086.14 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $166.66 | $0.00 | $166.66 |
| 5 | PENNYMAC  LOAN SERVICES LLC »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,885.46 | $0.00 | $1,885.46 |
| 7 | VISIONS FCU »» 007 | Unsecured Creditors | $14,473.02 | $0.00 | $14,473.02 |
| 8 | VISIONS FCU »» 008 | Unsecured Creditors | $3,058.26 | $0.00 | $3,058.26 |
| 9 | ASSET CARE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BERKS SCHUYLKILL RESPITORY SPEC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CITADEL FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK/BEST BUY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MEDICAL DATA SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | MICHAEL BALTHASER, DMD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | READING CONVENIENT CARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12238-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,860.00 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $2,579.20 | Arrearages: | $520.00 |
| Paid to Trustee: | $280.80 | Total Plan Base: | $12,480.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.