| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-12238-PMM**

Lorenzo Medina
243 Linden Street
Reading  PA   19604

Petition Filed Date: 07/27/2023
341 Hearing Date: 09/26/2023
Confirmation Date: 01/04/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/10/2024 | $260.00 | | 10/01/2024 | $260.00 | | 10/30/2024 | $260.00 | |
| 12/11/2024 | $260.00 | | 01/02/2025 | $260.00 | | 01/29/2025 | $260.00 | |
| 02/05/2025 | $1,990.00 | | 02/05/2025 | $1,012.18 | | 03/03/2025 | $260.00 | |
| 03/31/2025 | $260.00 | | 04/30/2025 | $260.00 | | 06/02/2025 | $260.00 | |
| 07/02/2025 | $260.00 | | 07/30/2025 | $260.00 | | | | |

**Total Receipts for the Period: $6,122.18   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,982.18**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,975.00 | $3,975.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $15,465.06 | $1,798.74 | $13,666.32 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR »» 002 | Unsecured Creditors | $55.24 | $0.00 | $55.24 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR »» 003 | Unsecured Creditors | $1,086.14 | $126.31 | $959.83 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR »» 004 | Unsecured Creditors | $166.66 | $15.99 | $150.67 |
| 5 | PENNYMAC LOAN SERVICES LLC »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $1,885.46 | $219.30 | $1,666.16 |
| 7 | VISIONS FCU »» 007 | Unsecured Creditors | $14,473.02 | $1,683.33 | $12,789.69 |
| 8 | VISIONS FCU »» 008 | Unsecured Creditors | $3,058.26 | $355.68 | $2,702.58 |
| 9 | ASSET CARE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BERKS SCHUYLKILL RESPITORY SPEC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CITADEL FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK/BEST BUY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | MEDICAL DATA SYSTEMS INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | MICHAEL BALTHASER, DMD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | READING CONVENIENT CARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12238-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,982.18 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $8,174.35 | Arrearages: | ($2,482.18) |
| Paid to Trustee: | $798.00 | Total Plan Base: | $12,480.00 |
| Funds on Hand: | $9.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.