Certificate Number: 20102-PAE-DE-040406313

Bankruptcy Case Number: 23-12238



20102-PAE-DE-040406313

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 12, 2025, at 8:11 o'clock AM EST, Lorenzo Medina completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 12, 2025            By:    /s/Marcy Walter

Name:  Marcy Walter

Title:   President-Manager